In the Matter of Louis A. Greenwald et al., Individually and on Behalf of Others, Appellants, against James E. Finegan et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

(Submitted September 28, 1936; decided October 6, 1936.)

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), and *Roy P. Monahan* for motion.

*Albert de Roode* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

Helen Goldstein, as Trustee in Bankruptcy of Pincus Burger, Appellant, *v.* East Side Metal Spinning and Stamping Corporation et al., Respondents, Impleaded with Others.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 424.)